IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) CARLOS A. FUENTES-ALVAREZ<br>**2) JOSE M. HERNANDEZ-GARCIA**<br>Defendants | CRIMINAL 12-0789CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 31, 2013 (**docket entry 67**) on a Rule 11 proceeding of defendant José M. Hernández-García (2) held before U.S. Magistrate Judge Silvia Carreño-Coll on May 20, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 20, 2013. The **sentencing hearing is set for August 29, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 17, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge